**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name: Phillip Manderscheid v. LAZ Parking Texas LLC and Boot Man, Inc. d/b/a Premier Parking Enforcement

Appellate case number: 01-13-00362-CV

Trial court case number: 1019656

Trial court: Co Civil Ct at Law No 4 of Harris County

On November 15, 2013, Phillip Manderscheid filed "Appellant's Verified Second Motion to Abate the Appeal & Remand to County Court; Appointment of Special Master with Instructions to Hold Hearings Dispositive of the Prevailing Contradictions and Confusions Rising from the Transcript Record of 14 January 13 & 26 March 13." After review of the motion, it is **DENIED** as to the request for abatement.

Appellant's request for an extension of time to file brief to December 20, 2013 is also **DENIED**. However, the court **ORDERS** the current due date for Appellant's brief be extended from November 20, 2013 to November 27, 2013.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle

☑ Acting individually ☐ Acting for the Court

Date: November 18, 2013